# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-08-00489-CV

**Lonnie Roshawn Kennon, Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

## FROM THE DISTRICT COURT OF TOM GREEN COUNTY, 340TH JUDICIAL DISTRICT NO. C-07-0215-CPS, HONORABLE JAY K. WEATHERBY, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Lonnie Roshawn Kennon appeals the district court's order terminating his parental rights to his minor child, J.M.C. Kennon's court-appointed counsel has filed a motion to withdraw and an *Anders* brief, concluding that Kennon's appeal is frivolous and without merit. Counsel's brief meets the requirements of *Anders* by presenting a professional evaluation of the record and demonstrating that there are no arguable grounds for appeal. *See Anders v. California*, 386 U.S. 738, 744 (1967); *see also Taylor v. Texas Dep't of Protective & Regulatory Servs.*, 160 S.W.3d 641, 646-47 (Tex. App.—Austin 2005, pet. denied) (applying *Anders* procedure in appeal from termination of parental rights).

Kennon was provided with a copy of his counsel's brief and motion to withdraw and advised of his right to examine the record and to file a pro se brief. After more than thirty days, Kennon has not filed a pro se brief or communicated with this Court in any way. Because our review

of the record reveals nothing that would arguably support an appeal, we agree that the appeal is frivolous and without merit. *See Anders*, 386 U.S. at 741-44; *Taylor*, 160 S.W.3d at 646-47. We affirm the district court's order of termination and grant counsel's motion to withdraw.

_____

Bob Pemberton, Justice

Before Justices Patterson, Pemberton and Waldrop

Affirmed

Filed:   March 26, 2009

2